**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| FACTOR2 MULTIMEDIA SYSTEMS, LLC., | § § § | |
| *Plaintiff* | § § | CIVIL ACTION NO. 2:24-cv-398-JRG |
| v. | § § | |
| REGIONS FINANCIAL CORPORATION, | § § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § | |

**DEFENDANT REGIONS FINANCIAL CORPORATION'S**
**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Regions Financial Corporation, by and through its undersigned counsel, discloses that Regions Financial Corporation is a Delaware corporation and is a publicly held company whose stock is traded on the New York Stock Exchange. As of the most recent publicly available information, The Vanguard Group, Inc. and BlackRock, Inc. each own 10% or more of the outstanding shares of Regions Financial Corporation common stock. No other company owns 10% or more of the outstanding shares of Regions Financial Corporation common stock.

Dated: October 16, 2024

Respectfully submitted,

**McGUIREWOODS LLP**

*/s/ Matthew W. Cornelia*
Jason W. Cook
Texas Bar No. 24028537
Matthew W. Cornelia
Texas Bar No. 24097534
Daniel P. Withers
Texas Bar No. 24125465
2601 Olive Street, Suite 2100
Dallas, Texas 75201
Tel: (214) 932-6400
Fax: (214) 932-6499
jcook@mcguirewoods.com
mcornelia@mcguirewoods.com
dwithers@mcguirewoods.com

*Counsel for Defendant*
*Regions Financial Corporation*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on October 16, 2024.

<u>/s/ Matthew W. Cornelia</u>
Matthew W. Cornelia